BERNHARD BLUMENTHAL, Respondent, v. CHARLES LANIER SYKES and Another, Defendants, and EDWARD POTTER, Appellant, Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

JENNIE BELL GARDNER, as Executrix of HENRY P. GARDNER, Deceased, Appellant, v. ADOLPH SPEAR & COMPANY, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THOMAS A. LEWIS, Appellant, v. MERRITT & CHAPMAN DERRICK AND WRECKING COMPANY, Respondent.— Judgment and order reversed upon condition that plaintiff serve amended complaint and pay all taxable costs to date, including costs of appeal, within ten days; upon failure to comply with said condition, judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

LOUISE FORD, Respondent, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.; Clarke, P. J., and Dowling, J., dissenting.

JNO. WILLIAMS, INC., Appellant, v. BLAIR & CO., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

SAMUEL BRAND, Respondent, v. CHARLES H. LEHMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

SAMUEL COHEN, Respondent, v. MOSES A. FREEDMAN and Another, Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of the Application of JOB E. HEDGES, as Receiver of NEW YORK RAILWAYS COMPANY, Petitioner, for a Certiorari Order to Be Directed to GEORGE McANENY, Chairman, and Others, Commissioners, Constituting the Transit Commission of the State of New York, and the Said TRANSIT COMMISSION OF THE STATE OF NEW YORK, Respondents.— Order of certiorari dismissed and determination confirmed, with fifty dollars costs and disbursements to respondents. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

M. MORGENTHAU, JR., Co., Respondent, v. ANNIE N. HOES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

HENRY FOLLETT, as Administrator, etc., of WILLIAM FRANCIS FOLLETT, Deceased, Respondent, v. ARCH B. BEITH and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

EUGENE L. MULLANEY, Appellant, v JULIUS KESSLER & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

REINE DOURAS LEDERER, Respondent, v. BRIARCLIFF LODGE ASSOCIATION and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page and Merrell, JJ.